UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEITH ERNST,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID FRANCES RAMOS, et al.,<br><br>  Defendants. | No. 2:21-cv-0813 DAD AC P<br><br>ORDER |

Specially appearing counsel has requested an extension of time for defendants Ashe, Miller, Ramos, Nelson, Singh, and Wong to file waivers of service and a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 41) is GRANTED; and

2. Defendants Ashe, Miller, Ramos, Nelson, Singh, and Wong shall have until January 29, 2024, to file waivers of service and until February 29, 2024, to file a responsive pleading.

DATED: December 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE