UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEITH ERNST, | No. 2:21-cv-0813 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID FRANCES RAMOS, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a motion for an extension of time and for a temporary restraining order or preliminary injunction. ECF No. 67. In his motion, plaintiff requests additional time to respond to discovery requests from defendants Akhila, Ginwalla, and Miraflor on grounds that the mailroom is refusing to process his mail to defendants' attorneys as legal mail, because defendants' attorneys are not employed by the Attorney General's Office. ECF No. 67. Plaintiff requests a temporary restraining order or preliminary injunction directing the mailroom to process his legal mail to counsel for these defendants. Counsel for defendants Ramos, Ashe, Wong, Miller, Singh, and Nelson[1] will be required to respond to plaintiff's allegation that the mailroom is refusing to process his legal mail addressed to defense counsel not employed by the Attorney General's Office.

---

[1] These defendants are represented by the Attorney General's Office.

1

     Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, counsel for defendants Ramos, Ashe, Wong, Miller, Singh, and Nelson shall respond to plaintiff's claims that the mailroom is refusing to process his legal mail to defense counsel not employed by the Attorney General's Office.  Plaintiff may file a reply within fourteen days of service of the response.

DATED: July 19, 2024

                                                                                  _____
                                                                                  ALLISON CLAIRE
                                                                                  UNITED STATES MAGISTRATE JUDGE