IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEITH ERNST, | Case No. 2:21-cv-0813 DAD AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| RAMOS, et al., | |
| Defendants. | |

    Defendants A. Nelson, S. Wong, M. Ashe, C. Miller, D. Ramos, and G. Singh applied ex parte to exceed the page limit for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment. ECF No. 86.

    The Court has considered Defendants' *Ex Parte* Application and good cause appearing, **GRANTS** Defendants' Ex Parte request to exceed the page limit for their Memorandum of Points and Authorities. The Court increases the page limit from twenty pages to thirty pages as requested.

    **IT IS SO ORDERED.**

DATED: January 13, 2024

                                                        ALLISON CLAIRE
                                                         UNITED STATES MAGISTRATE JUDGE