UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEITH ERNST,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID FRANCES RAMOS, et al.,<br><br>  Defendants. | No. 2:21-cv-0813 DAD AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to exceed the twenty-page limit for his opposition to the motions for summary judgment filed by defendants Sure, Ginwalla, and Miraflor.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to exceed the page limit (ECF No. 111) is GRANTED.

DATED: April 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1